# Order

Michigan Supreme Court
Lansing, Michigan

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147424

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL RALPH GEORGE,
      Defendant-Appellant.

SC:  147424
COA:  307879
Macomb CC:  2007-004766-FC

_____/

      On order of the Court, the application for leave to appeal the May 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014

s0224

Clerk